UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:18-cr-230 |
| | ) | |
| v. | ) | |
| | ) | |
| MIGUEL BAKER, ET AL | ) | |

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 OCT 19  PM 12: 02

CLERK _____
SO. DIST. OF GA.

## ORDER TO UNSEAL

Upon Motion of the United States,

IT IS ORDERED that Indictment number 4:18-cr-230 referenced above, and any and all accompanying documentation be unsealed effective *October 19, 2018*

_____
HONORABLE JAMES E. GRAHAM
UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF GEORGIA